**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Toshiba Corporation　v.　Imation Corp., et al.

No. 14-1279

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　[✓] As counsel for: Imation Corp., et al.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[✓] Cross Appellant
[ ] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　[ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Christopher R. Dilon |
| Law firm: | Fish & Richardson P.C. |
| Address: | One Marina Park Drive |
| City, State and ZIP: | Boston, MA  02210-1878 |
| Telephone: | (617) 542-5070 |
| Fax #: | (617) 542-8906 |
| E-mail address: | Dillon@fr.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 02/22/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 02/18/2014 | /s/ Christopher R. Dillon |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Feb 18, 2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Christopher R. Dillon | /s/ Christopher R. Dillon |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Fish & Richardson P.C.

Address: One Marina Park Drive

City, State, ZIP: Boston, MA  02210-1878

Telephone Number: (617) 542-5070

FAX Number: (617) 542-8906

E-mail Address: Dillon@fr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.