Nos. 14-1279, -1293

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**TOSHIBA CORPORATION,**

*Plaintiff-Appellant,*

v.

**IMATION CORP., MOSER BAER INDIA LTD., RITEK CORP., HOTAN CORP., ADVANCED MEDIA, INC., and CMC MAGNETICS CORP.,**

*Defendants-Cross-Appellants,*
and

**KHYPERMEDIA CORP. and GLYPHICS MEDIA, INC.,**

*Defendants.*

Appeals from the United States District Court for the Western District of Wisconsin in case no. 3:09-cv-00305-slc, Magistrate Judge Stephen L. Crocker

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-CROSS-APPELLANTS OPENING BRIEF**

Pursuant to Rule 26(b) of the Federal Circuit Rules, Defendants-Cross-Appellants respectfully move for an unopposed 30-day extension of time, to and including Tuesday, August 12, 2014, to file their opening brief. The Court has granted Appellant Toshiba's unopposed motion for a second 30-day extension of

time to file its opening brief, to and including Monday, June 2, 2014.  Defendants-Cross-Appellants' brief currently is due on Thursday, July 10, 2014.

This is the second request for an extension of time to file Defendants-Cross-Appellants' opening brief.  Counsel for Appellant Toshiba has indicated that Appellant Toshiba does not oppose the requested extension.

As set forth in the declaration of Kevin Su, good cause exists for the requested extension.  Counsel for Defendants-Cross-Appellants has several other pending matters.  Counsel is in trial through the end of April 2014 in *MSC.Software Corp. v. Altair Engineering, Inc.*, 2:07-cv-12907 (E.D.Mich.), and will have post-trial briefing thereafter.  Counsel is also acting as an arbitrator in an international arbitration in Zurich, Switzerland in *ArrayComm v. Kyocera*, ICC 19085/MHM/EMT, and has a trial in the same case taking place the week of June 9, 2014.  Counsel is also involved in multiple *inter partes* review proceedings and reexaminations before the U.S. Patent & Trademark Office.

For the foregoing reasons, Defendants-Cross-Appellants respectfully requests that the Court grant an extension of time, to and including August 12, 2014, in which to file their opening brief.

|  | Respectfully submitted, |
|---|---|
| Dated:  April 23, 2014 | /s/ *Kevin Su* <br> Christopher R. Dillon <br> Kevin Su <br> FISH & RICHARDSON P.C. |

One Marina Park Drive
Boston, MA 02210
(617) 542-5070

John A. Dragseth
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Counsel for Defendants-Cross Appellants
Imation Corp, et al.

Nos. 14-1279, -1293

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

**TOSHIBA CORPORATION,**

*Plaintiff-Appellant,*

v.

**IMATION CORP., MOSER BAER INDIA LTD., RITEK CORP.,
HOTAN CORP., ADVANCED MEDIA, INC., and
CMC MAGNETICS CORP.,**

*Defendants-Cross-Appellants,*
and

**KHYPERMEDIA CORP. and GLYPHICS MEDIA, INC.,**

*Defendants.*

Appeals from the United States District Court for the Western District of Wisconsin in case no. 3:09-cv-00305-slc, Magistrate Judge Stephen L. Crocker

**DECLARATION OF KEVIN SU IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANTS-CROSS-APPELLANTS OPENING BRIEF**

I, Kevin Su, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, and I am admitted to practice before this Court. I am a Principal

with the law firm of Fish & Richardson P.C., counsel of record for Defendants-Cross-Appellants in this action. I make this declaration in support of Defendants-Cross Appellants' motion for an extension of time to file their opening brief.

2. Defendants-Cross-Appellants respectfully request a 30-day extension of time, to and including August 12, 2014, to file their opening brief. Defendants-Cross-Appellants' brief currently is due on July 10, 2014. This is our second request for an extension of time to file our opening brief.

3. Counsel for Defendants-Cross-Appellants has several other pending matters. Counsel is in trial through the end of April 2014 in *MSC.Software Corp. v. Altair Engineering, Inc.*, 2:07-cv-12907 (E.D.Mich.), and will have post-trial briefing thereafter. Counsel is also acting as an arbitrator in an international arbitration in Zurich, Switzerland in *ArrayComm v. Kyocera*, ICC 19085/MHM/EMT, and has a trial in the same case taking place the week of June 9, 2014. Counsel is also involved in multiple inter partes review proceedings and reexaminations before the U.S. Patent & Trademark Office.

4. Counsel for Toshiba have informed us that they do not oppose the requested extension.

5. Executed on this 23rd day of April, 2014.

                                          /s/ *Kevin Su*
                                          Kevin Su

# CERTIFICATE OF INTEREST

Counsel for Defendants-Cross-Appellants certifies the following:

    1.    The full name of every party or amicus represented by me is:

Imation Corporation, CMC Magnetics Corporation, Moser Baer India, Ltd., Ritek Corporation, Hotan Corporation and Advanced Media, Inc.

    2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

    3.    All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

TDK Corporation owns more than 10% of Imation Corp., CMC Magnetics Corp. is a parent to Hotan Corp.; ART Management Ltd. (B.V.I.) is a parent to Advanced Media, Inc., Ritek Corporation is the ultimate parent corporation.

    4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

Fish & Richardson P.C. (Christopher Dillon, Kevin Su, Whitney Fellberg a/k/a Whitney Reichel, Ahmed Davis, Stephen Marshall, Warren Mabey, Jr., John Dragseth. The following attorneys from Fish & Richardson P.C. are withdrawn: Alan Smith, Craig Smith, Danni Tang, Maureen Brenner, Samuel Sherry); Godfrey & Kahn (Bryan Cahill, Jennifer Gregor, James Peterson, Withdrawn); Chen IP Law Group (Jenny Chen, Withdrawn); Eastwind Consultants Company Limited (Laurence Kao, Withdrawn).


April 23, 2014                /s/ *Kevin Su*
                                     Kevin Su

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on April 23, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Kevin Su*
Kevin Su