NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TOSHIBA CORPORATION,**
*Plaintiff-Appellant,*

v.

**IMATION CORP., MOSER BAER INDIA LTD., RITEK CORP., HOTAN CORP., ADVANCED MEDIA, INC., AND CMC MAGNETICS CORP.,**
*Defendants-Cross-Appellants,*

AND

**KHYPERMEDIA CORP. AND GLYPHICS MEDIA, INC.,**
*Defendants.*

2014-1279, -1293

Appeals from the United States District Court for the Western District of Wisconsin in No. 3:09-cv-00305-slc, Magistrate Judge Stephen L. Crocker.

**ON MOTION**

**O R D E R**

Toshiba Corporation moves without opposition for a 30-day extension of time, until July 2, 2014, to file its opening brief because the parties are engaged in settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s21