NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOSHIBA CORPORATION,**
*Plaintiff-Appellant,*

v.

**IMATION CORP., MOSER BAER INDIA LTD., RITEK CORP., HOTAN CORP., ADVANCED MEDIA, INC., AND CMC MAGNETICS CORP.,**
*Defendants-Cross-Appellants,*

AND

**KHYPERMEDIA CORP. AND GLYPHICS MEDIA, INC.,**
*Defendants.*

---

2014-1279, -1293

---

Appeals from the United States District Court for the Western District of Wisconsin in No. 3:09-cv-00305-slc, Magistrate Judge Stephen L. Crocker.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' "Joint Stipulation of Dismissal," which the court treats as a motion to voluntarily dismiss these appeals from <u>Toshiba Corporation v. Imation Corp</u>, No. 3:09-cv-00305-slc (W.D. Wis.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

   January 15, 2015         /s/ Daniel E. O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court

ISSUED AS A MANDATE: <u>January 15, 2015</u>

m2